IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION FILE |
| BERRY COLLEGE, Inc. and | ) NO. 1:04-CV-3420-HTW |
| MARCUS SANDELOWSKY, | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| MARCUS SANDELOWSKY, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| JANE DOE I and Jane DOE II, | ) |
| | ) |
| Counterclaim Defendants. | ) |

## ORDER EXTENDING TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

It appearing to the Court that the parties consent hereto, and for good cause shown, it is hereby ordered that the time within which the parties may file motions for summary judgment is hereby extended through and including ten (10) days following this Court's ruling on plaintiff's Motion for Extension of Time to

Complete Discovery for the Limited Purpose of Expert Discovery and Newly Identified Witnesses, provided such motion is denied. If said motion is granted, motions for summary judgment will be due within twenty (20) days of the close of discovery.

So ORDERED, this 15th day of March, 2007.

s/ *HORACE T. WARD*
Horace T. Ward, Senior Judge
United States District Court Judge

Consented by:

Amanda A. Farahany by HSG
w/express permission

Amanda A. Farahany
(by Harvey S. Gray w/express permission)
State Bar No. 646135
Attorneys for Plaintiff

Barrett & Farahany
1401 Peachtree Street
Suite 101
Atlanta, GA 30309

_____
Terry Dale Jackson
(by Harvey S. Gray w/express permission)
State Bar No. 386033
Attorney for Marcus Sandelowsky

Office of Terry D. Jackson
600 Edgewood Avenue
Atlanta, GA 30312


_____
James T. Budd
(by Harvey S. Gray w/express permission)
State Bar No. 093406
Prakash D. Patel
State Bar No. 565817
Attorney for Jane Doe II

Mabry & McClelland
2200 Century Parkway, NE
Tenth Floor
Atlanta, GA 30345-3105



_____
Harvey S. Gray
State Bar No.: 305838
Korey M. Carter
State Bar No. 114565
Attorneys for Berry College, Inc.

GRAY, RUST, ST. AMAND, MOFFETT &
BRIESKE, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326
(404) 870-7376
(404)870-7374
hgray@grsmb.com

I:\7545\48-doe v. berry college\pleadings\consent order extending time to file msj-kms.doc